UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTOINE GUMBS,                                  :

        Plaintiff,                         :        ORDER

     -against-                                  :        07 Civ. 10552 (RJH)(KNF)

C.O. JAMES, ET AL.,                             :

        Defendants.                       :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      In a writing dated March 16, 2008, the plaintiff requested an enlargement of time to serve the defendants. In the writing, the plaintiff explained that he was awaiting a response to a Freedom of Information Act request he made, which he hopes will yield information that will enable him to identify the defendants more precisely and aid him in serving the summons and complaint on them. The plaintiff's application is granted. The time for him to effect service of the summons and complaint is enlarged to June 27, 2008.

Dated: New York, New York
       April 1, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:

Antoine Gumbs