

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTOINE GUMBS,                                          :

             Plaintiff,                            :        ORDER

          -against-                             :        07 Civ. 10552 (RJH)(KNF)

C.O. JAMES, C.O. SING, CAPTAIN BROWN,   :
JOHN DOE #1, JOHN DOE #2,
                                                      :
            Defendants.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Plaintiff Antoine Gumbs ("Gumbs"), who is incarcerated, commenced a civil rights action against the defendants on November 26, 2007. The United States Marshal for this judicial district was directed to serve the summons and complaint upon the defendants and, thus far, has been unable to do so because the full name of each defendant has not been provided by the plaintiff. According to the plaintiff, each defendant was employed by the New York City Corrections Department at O.B.C.C., C.P.S.U., 1600 Hazen Street, East Elmhurst, New York 11370, on August 16, 2006, the date of the incident which gives rise to the instant action. The plaintiff recalls that, on that date, he was assigned Identification No. 3490502931, and was issued a "disciplinary ticket (misbehavior report)," based on his encounter with the defendants.

      The plaintiff has requested that the Court assist him in identifying the defendants more precisely so that the United States Marshal can effect service on his behalf. See Valentin v. Dinkins, 121 F.3d 72 (2d Cir. 1997). Therefore, on or before May 30, 2008, Michael A. Cardozo, Corporation Counsel for the City of New York, although not representing the

defendants, shall use his good offices to obtain and furnish to the plaintiff information including, but not limited to, the "disciplinary ticket (misbehavior report)" issued to the plaintiff on August 16, 2006, that will assist him in learning the full name, shield number and work location of each defendant. The information shall be sent to Antoine Gumbs, #06-A-5888, Southport Correctional Facility, P.O. Box 2000, Pine City, New York 14871, with a copy to the chambers of the undersigned magistrate judge. Thereafter, Gumbs shall file an amended complaint with the Pro Se Office for this judicial district expeditiously, which must include the actual name of each defendant including any defendant who is now identified as "John Doe."

Dated: New York, New York  
      April 24, 2008

SO ORDERED:

*/s/ Kevin Nathaniel Fox*  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Antoine Gumbs  
Michael A. Cardozo, Esq.