UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ANTOINE GUMBS,                                :

        Plaintiff,                            :

       -against-                                   :         ORDER
                                                                              07 Civ. 10552 (RJH)(KNF)

C.O. JAMES, C.O. SING, CAPTAIN BROWN,:
JOHN DOE #1, JOHN DOE #2,

        Defendants.                          :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 05/02/08]

       The Clerk of Court shall issue an amended summons to the plaintiff so that he may attempt to effect service on the defendants.

Dated: New York, New York
       May 2, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Mailed copy to:
Antoine Gumbs
Pro Se Clerk, S.D.N.Y.