UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANTOINE GUMBS,

        Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT
OF CORRECTIONS, ET AL.,

        Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/08/08

ORDER

07 Civ. 10552 (RJH)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that: (1) the Superintendent, or other official in charge of the Attica Correctional Facility, shall provide Antoine Gumbs, Inmate No. 06-A-5888, a private room, with telephone service, so that he may participate in a telephonic pretrial conference with the Court and counsel to the defendants at 11:30 a.m., on September 16, 2008; (2) plaintiff Antoine Gumbs shall appear in a private room, designated by the Superintendent, or other official in charge of the Attica Correctional Facility, to participate in said telephonic conference; and (3) Assistant Corporation Counsel Morgan Kunz serve a copy of this Order on the Superintendent, or other official in charge of the Attica Correctional Facility, expeditiously.

Dated: New York, New York
       September 5, 2008

Copy mailed to:
Antoine Gumbs
Morgan Kunz, Esq.

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE