UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTOINE GUMBS,

          Plaintiff,

          -against- : ORDER

C.O. JAMES, ET AL., : 07 Civ. 10552 (RJH)(KNF)

          Defendants.

------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that: (1) the Superintendent, or other official in charge of the Attica Correctional Facility, shall provide inmate Antoine Gumbs, # 06-A-5888, a private room, with telephone service, so that he may participate in a telephonic conference call with the Court and counsel to the defendants at 10:15 a.m., on August 5, 2009, instead of August 3, 2009, at 10:30 a.m.; (2) plaintiff Antoine Gumbs shall appear in a private room, designated by the Superintendent, or other official in charge of the Attica Correctional Facility, to participate in said telephonic conference; and (3) Assistant Corporation Counsel Morgan Kunz is directed to serve a copy of this Order on the Superintendent, or other official in charge of the Attica Correctional Facility, expeditiously.

Dated: New York, New York
       July 9, 2009

SO ORDERED:

/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Mr. Antoine Gumbs
Morgan Kunz, Esq.