UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                   :

ANTOINE GUMBS,                       :

          Plaintiff,           :

       -against-            :

NEW YORK CITY DEPARTMENT      :
OF CORRECTIONS, ET AL.,        :

          Defendants.     :

------------------------------------------------------------------X

                          ORDER

           07 Civ. 10552 (RJH)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/29/09

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that: (1) the Superintendent, or other official in charge of the

Attica Correctional Facility, shall provide Antoine Gumbs, Inmate No. 06-A-5888, a private

room, with telephone service, so that he may participate in a telephonic pretrial conference with

the Court and counsel to the defendants at 2:30 p.m., on August 11, 2009; (2) plaintiff Antoine

Gumbs shall appear in a private room, designated by the Superintendent, or other official in

charge of the Attica Correctional Facility, to participate in said telephonic conference; and (3)

Assistant Corporation Counsel Bradford Patrick serve a copy of this Order on the

Superintendent, or other official in charge of the Attica Correctional Facility, expeditiously.

Dated: New York, New York
       July 28, 2009

Copy mailed to:
Antoine Gumbs
Bradford Patrick, Esq.

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE